IN RE: APPEAL OF THE DECISION OF THE DISCIPLINARY BOARD NO. 16-PDB-016

NO. 2016-OB-1364

Supreme Court of Louisiana.

October 10, 2016

Applying For Appeal of the Decision of the Disciplinary Board Office of Disciplinary Board, No. 16-PDB-016

Leave to appeal denied.

STATE EX REL. Dale MILLER

v.

STATE of Louisiana

NO. 2016-KH-690

Supreme Court of Louisiana.

October 10, 2016

Applying for Reconsideration of this Courts action dated June 3, 2016 Parish of Lafayette, 15th Judicial District Court, Section K, No. 92141; to the Court of Appeal, Third Circuit, No. KH-15-00842

Reconsideration denied.

STATE EX REL. Dale Robin MILLER

v.

STATE of Louisiana

No. 2016-KH-726

Supreme Court of Louisiana.

October 10, 2016

Applying for Reconsideration of this Courts action dated June 3, 2016 Parish of Lafayette, 15th Judicial District Court, Section K, No. 92141; to the Court of Appeal, Third Circuit, No. KH-15-00895.

Reconsideration denied.

STATE of Louisiana

v.

Jimmy Woodrow MAGEE

NO. 2015-KO-1325

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Washington, 22nd Judicial District Court Div. G, No. 12 CR8 119574; to the Court of Appeal, First Circuit, No. 2015 KA 0105;

Denied.